Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24629−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gordon W Williams
aka Gordon Wesley Williams, dba G & O
Trucking Limited Liability Co.
46 Temple Place
Irvington, NJ 07111

Octavia C Williams
46 Temple Place
Irvington, NJ 07111

Social Security No.:
 xxx−xx−8386                              xxx−xx−2369

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 10/26/23 at 10:00 AM

to consider and act upon the following:

*86* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/3/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*88* − Certification in Opposition to (related document:86 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 10/3/2023. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by David G. Beslow on behalf of Gordon W Williams, Octavia C Williams. (Beslow, David)

Dated: 10/4/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 19-24629-JKS
Gordon W Williams     Chapter 13
Octavia C Williams
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2
Date Rcvd: Oct 04, 2023     Form ID: ntchrgbk     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gordon W Williams, 46 Temple Place, Irvington, NJ 07111-2911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David G. Beslow | on behalf of Debtor Gordon W Williams yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| David G. Beslow | on behalf of Joint Debtor Octavia C Williams yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 04, 2023 | Form ID: ntchrgbk | Total Noticed: 1

Marie-Ann Greenberg
   magecf@magtrustee.com

Mark Goldman
   on behalf of Joint Debtor Octavia C Williams yrodriguez@goldmanlaw.org
   yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Mark Goldman
   on behalf of Debtor Gordon W Williams yrodriguez@goldmanlaw.org
   yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

Shauna M Deluca
   on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Shauna M Deluca
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper sdeluca@hasbanilight.com hllawpc@gmail.com

Sindi Mncina
   on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper smncina@raslg.com

Sindi Mncina
   on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12