| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>   GORDON W WILLIAMS<br>   OCTAVIA C WILLIAMS | |

Order Filed on October 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-24629 JKS

Hearing Date:  10/26/2023

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: October 27, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): GORDON W WILLIAMS
OCTAVIA C WILLIAMS

Case No.: 19-24629

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 10/26/2023 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $1,536.00 to the Trustee's office by 10/31/2023 to be current with Trustee payments through October or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney.