| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>   GORDON W WILLIAMS<br>   OCTAVIA C WILLIAMS | |

Order Filed on February 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  19-24629 JKS

Hearing Date:  2/8/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: February 9, 2024

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  GORDON W WILLIAMS
            OCTAVIA C WILLIAMS

Case No.: 19-24629

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 02/08/2024 on notice to GOLDMAN & BESLOW, LLC, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $519.00 to the Trustee's office by 2/29/2024 to be current with Trustee payments through February or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to Debtor(s) and Debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.