Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24629−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gordon W Williams
aka Gordon Wesley Williams, dba G & O
Trucking Limited Liability Co.
46 Temple Place
Irvington, NJ 07111

Octavia C Williams
46 Temple Place
Irvington, NJ 07111

Social Security No.:
xxx−xx−8386     xxx−xx−2369

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/22/24 at 10:00 AM

to consider and act upon the following:

*109* − Creditor's Certification of Default (related document:95 Order Resolving Creditor's Certification of Default) filed by Kimberly A. Wilson on behalf of Nationstar Mortgage LLC. Objection deadline is 07/22/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Wilson, Kimberly)

*110* − Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:95 Order Resolving Creditor's Certification of Default) filed by Kimberly A. Wilson on behalf of Nationstar Mortgage LLC. Objection deadline is 07/22/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by David G. Beslow on behalf of Gordon W Williams, Octavia C Williams. (Beslow, David)

Dated: 7/29/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court