Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−24629−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gordon W Williams
aka Gordon Wesley Williams, dba G & O
Trucking Limited Liability Co.
46 Temple Place
Irvington, NJ 07111

Octavia C Williams
46 Temple Place
Irvington, NJ 07111

Social Security No.:
  xxx−xx−8386                                         xxx−xx−2369

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 8/22/24 at 10:00 AM

to consider and act upon the following:

*109 −* Creditor's Certification of Default (related document:95 Order Resolving Creditor's Certification of Default) filed by Kimberly A. Wilson on behalf of Nationstar Mortgage LLC. Objection deadline is 07/22/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Wilson, Kimberly)

*110 −* Certification in Opposition to (related document:109 Creditor's Certification of Default (related document:95 Order Resolving Creditor's Certification of Default) filed by Kimberly A. Wilson on behalf of Nationstar Mortgage LLC. Objection deadline is 07/22/2024. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC) filed by David G. Beslow on behalf of Gordon W Williams, Octavia C Williams. (Beslow, David)

Dated: 7/29/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 19-24629-JKS |
|---|---|
| Gordon W Williams | Chapter 13 |
| Octavia C Williams | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   Gordon W Williams, Octavia C Williams, 46 Temple Place, Irvington, NJ 07111-2911

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:**

**Name**      **Email Address**

David G. Beslow
     on behalf of Debtor Gordon W Williams yrodriguez@goldmanlaw.org
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

David G. Beslow
     on behalf of Joint Debtor Octavia C Williams yrodriguez@goldmanlaw.org
     yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
     on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kimberly A. Wilson
     on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

Marie-Ann Greenberg

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 29, 2024                       Form ID: ntchrgbk                               Total Noticed: 1

                              magecf@magtrustee.com

Mark Goldman
                              on behalf of Debtor Gordon W Williams yrodriguez@goldmanlaw.org
                              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;Go
                              ldmanBeslowLLC@jubileebk.net

Mark Goldman
                              on behalf of Joint Debtor Octavia C Williams yrodriguez@goldmanlaw.org
                              yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;Go
                              ldmanBeslowLLC@jubileebk.net

Roger Fay
                              on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net  bkecf@milsteadlaw.com

Shauna M Deluca
                              on behalf of Creditor Nationstar Mortgage LLC sdeluca@hasbanilight.com  hllawpc@gmail.com

Shauna M Deluca
                              on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper sdeluca@hasbanilight.com  hllawpc@gmail.com

Sindi Mncina
                              on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper smncina@raslg.com

Sindi Mncina
                              on behalf of Creditor Nationstar Mortgage LLC smncina@raslg.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13