Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JANUARY 14, 2025

#### Chapter 13 Case # 19-24629

Re:    GORDON W WILLIAMS                                   Atty:    GOLDMAN & BESLOW, LLC
      OCTAVIA C WILLIAMS                                             ATTORNEYS AT LAW
      46 TEMPLE PLACE                                                 7 GLENWOOD AVE, SUITE 311B
      IRVINGTON, NJ  07111                                            EAST ORANGE, NJ  07017

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $27,734.00**

## RECEIPTS    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/03/2019 | $370.00 | 26010900178 | 09/30/2019 | $370.00 | 6210621000 |
| 10/08/2019 | $370.00 | 6240817000 | 11/27/2019 | $370.00 | 26116061376 |
| 12/09/2019 | $370.00 | | 01/13/2020 | $370.00 | |
| 02/10/2020 | $370.00 | | 06/22/2020 | $500.00 | 6880852000 |
| 07/09/2020 | $500.00 | 6929336000 | 08/21/2020 | $500.00 | 7027920000 |
| 09/29/2020 | $500.00 | 7118529000 | 11/30/2020 | $500.00 | 7265460000 |
| 01/25/2021 | $500.00 | 7400177000 | 03/01/2021 | $1,500.00 | 7488780000 |
| 03/15/2021 | $700.00 | 7523445000 | 04/28/2021 | $500.00 | 7628821000 |
| 06/02/2021 | $500.00 | 7704430000 | 06/30/2021 | $500.00 | 7775985000 |
| 08/02/2021 | $513.00 | 7849449000 | 08/30/2021 | $513.00 | 7911030000 |
| 09/27/2021 | $512.00 | 7972291000 | 11/01/2021 | $512.00 | 8050650000 |
| 11/29/2021 | $512.00 | 8109221000 | 01/03/2022 | $512.00 | 8181558000 |
| 01/31/2022 | $512.00 | 8243616000 | 02/28/2022 | $512.00 | 8301993000 |
| 03/30/2022 | $512.00 | 8368812000 | 05/04/2022 | $512.00 | 8446172000 |
| 05/31/2022 | $512.00 | 8491385000 | 06/29/2022 | $512.00 | 8556016000 |
| 08/01/2022 | $512.00 | 8621680000 | 09/01/2022 | $512.00 | 8681793000 |
| 12/20/2022 | $512.00 | 8892538000 | 01/30/2023 | $1,346.00 | 8965643000 |
| 02/21/2023 | $512.00 | 9007231000 | 03/13/2023 | $512.00 | 9051825000 |
| 04/10/2023 | $512.00 | 9102693000 | 05/30/2023 | $512.00 | 9189361000 |
| 07/03/2023 | $512.00 | 9250738000 | 07/31/2023 | $512.00 | 9300353000 |
| 09/05/2023 | $512.00 | 9358392000 | 09/07/2023 | $512.00 | 9367762000 |
| 09/08/2023 | ($512.00) | 9358392000 | 09/11/2023 | ($512.00) | 9367762000 |
| 10/24/2023 | $700.00 | | 10/30/2023 | $835.00 | |
| 01/29/2024 | $1,000.00 | | 02/05/2024 | $530.00 | |
| 02/12/2024 | $370.00 | | 03/08/2024 | $512.00 | |
| 03/11/2024 | $370.00 | | 05/06/2024 | $515.00 | |
| 06/04/2024 | $515.00 | | 07/09/2024 | $515.00 | |
| 08/05/2024 | $515.00 | | 08/12/2024 | $282.00 | |

**Chapter 13 Case # 19-24629**

| Total Receipts: $28,049.00 - Amount Refunded to Debtor: $315.00 = Receipts Applied to Plan: $27,734.00 |
|---|

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,683.52 | |
| ATTY | ATTORNEY | ADMIN | 4,263.07 | 100.00% | 4,263.07 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAINE & WEINER | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,069.22 | * | 543.61 | |
| 0003 | CTECH COLL | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | INDEPENDENT RECOVERY RESOURCES | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | UNITED STATES TREASURY/IRS | PRIORITY | 3,911.11 | 100.00% | 3,911.11 | |
| 0006 | NATIONSTAR MORTGAGE LLC, D/B/A MR | MORTGAGE ARRE | 10,332.42 | 100.00% | 10,332.42 | |
| 0007 | NAVIENT SOLUTIONS LLC ON BEHALF O | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CTECH COLL | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | UNITED STATES TREASURY/IRS | UNSECURED | 884.88 | * | 232.47 | |
| 0013 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 883.29 | * | 232.06 | |
| 0014 | US DEPARTMENT OF HUD | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0015 | CAPITAL ONE AUTO FINANCE | UNSECURED | 9,790.08 | * | 2,571.98 | |
| 0016 | TOYOTA MOTOR CREDIT | UNSECURED | 9,887.44 | * | 2,597.56 | |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 178.62 | * | 46.92 | |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 202.34 | * | 53.16 | |
| 0019 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 1,275.61 | * | 335.12 | |
| 0020 | NATIONSTAR MORTGAGE LLC, D/B/A MR | (NEW) MTG Agree | 931.00 | 100.00% | 931.00 | |

Total Paid: $27,734.00
See Summary

## LIST OF PAYMENTS TO CLAIMS    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | | | | | | |
| | 07/17/2023 | $72.28 | 913175 | 08/14/2023 | $186.20 | 914694 |
| | 09/18/2023 | $186.19 | 916191 | 11/13/2023 | $549.25 | 919110 |
| | 02/12/2024 | $469.69 | 923265 | 03/11/2024 | $315.60 | 924714 |
| | 04/15/2024 | $132.39 | 926155 | 05/10/2024 | $184.27 | 927625 |
| | 06/17/2024 | $184.29 | 929028 | 07/15/2024 | $190.26 | 930512 |
| | 08/19/2024 | $94.21 | 931926 | 01/13/2025 | $7.35 | 939101 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 07/17/2023 | $6.52 | 913183 | 07/17/2023 | $15.28 | 913183 |
| | 08/14/2023 | $39.35 | 914701 | 08/14/2023 | $16.80 | 914701 |
| | 09/18/2023 | $16.80 | 916197 | 09/18/2023 | $39.35 | 916197 |
| | 11/13/2023 | $116.10 | 919117 | 11/13/2023 | $49.55 | 919117 |
| | 02/12/2024 | $42.38 | 923271 | 02/12/2024 | $99.26 | 923271 |
| | 03/11/2024 | $66.71 | 924721 | 03/11/2024 | $28.48 | 924721 |
| | 04/15/2024 | $11.94 | 926160 | 04/15/2024 | $27.98 | 926160 |
| | 05/10/2024 | $38.95 | 927631 | 05/10/2024 | $16.63 | 927631 |
| | 06/17/2024 | $16.62 | 929034 | 06/17/2024 | $38.95 | 929034 |
| | 07/15/2024 | $40.22 | 930518 | 07/15/2024 | $17.18 | 930518 |
| | 08/19/2024 | $8.49 | 931933 | 08/19/2024 | $19.91 | 931933 |
| | 01/13/2025 | $1.55 | 939105 | 01/13/2025 | $0.67 | 939105 |

**Chapter 13 Case # 19-24629**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| NATIONSTAR MORTGAGE LLC, D/B/A MR. COOPER | | | | | | | |
| | 08/17/2020 | $357.70 | 854534 | | 06/21/2021 | $22.06 | 872569 |
| | 06/21/2021 | $414.33 | 872569 | | 09/20/2021 | $10.57 | 877798 |
| | 09/20/2021 | $198.58 | 877798 | | 10/18/2021 | $457.85 | 879541 |
| | 10/18/2021 | $24.37 | 879541 | | 11/17/2021 | $24.33 | 881252 |
| | 11/17/2021 | $456.95 | 881252 | | 12/13/2021 | $461.82 | 882869 |
| | 12/13/2021 | $24.58 | 882869 | | 01/10/2022 | $24.58 | 884520 |
| | 01/10/2022 | $461.82 | 884520 | | 02/14/2022 | $461.82 | 886233 |
| | 02/14/2022 | $24.58 | 886233 | | 03/14/2022 | $24.59 | 887930 |
| | 03/14/2022 | $461.81 | 887930 | | 04/18/2022 | $461.82 | 889667 |
| | 04/18/2022 | $24.58 | 889667 | | 05/16/2022 | $24.97 | 891346 |
| | 05/16/2022 | $469.11 | 891346 | | 06/20/2022 | $469.11 | 893059 |
| | 06/20/2022 | $24.97 | 893059 | | 07/18/2022 | $24.97 | 894726 |
| | 07/18/2022 | $469.11 | 894726 | | 08/15/2022 | $469.11 | 896313 |
| | 08/15/2022 | $24.97 | 896313 | | 09/19/2022 | $24.98 | 897935 |
| | 09/19/2022 | $469.10 | 897935 | | 10/17/2022 | $469.11 | 899576 |
| | 10/17/2022 | $24.97 | 899576 | | 02/13/2023 | $24.46 | 905734 |
| | 02/13/2023 | $459.38 | 905734 | | 03/13/2023 | $64.30 | 907340 |
| | 03/13/2023 | $1,207.67 | 907340 | | 04/17/2023 | $48.91 | 908953 |
| | 04/17/2023 | $918.77 | 908953 | | 05/15/2023 | $459.38 | 910529 |
| | 05/15/2023 | $24.46 | 910529 | | 07/17/2023 | $14.80 | 913531 |
| | 07/17/2023 | $278.07 | 913531 | | 02/12/2024 | $200.00 | 923620 |
| | 01/13/2025 | $200.00 | 939406 | | | | |
| TOYOTA MOTOR CREDIT | | | | | | | |
| | 07/17/2023 | $73.00 | 913986 | | 08/14/2023 | $188.05 | 915449 |
| | 09/18/2023 | $188.04 | 916989 | | 11/13/2023 | $554.71 | 919867 |
| | 02/12/2024 | $474.36 | 924055 | | 03/11/2024 | $318.74 | 925481 |
| | 04/15/2024 | $133.70 | 926980 | | 05/10/2024 | $186.12 | 928349 |
| | 06/17/2024 | $186.11 | 929865 | | 07/15/2024 | $192.20 | 931236 |
| | 08/19/2024 | $95.10 | 932738 | | 01/13/2025 | $7.43 | 939854 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 09/21/2020 | $462.50 | 8001832 | | 11/16/2020 | $462.50 | 8001946 |
| | 01/11/2021 | $462.50 | 8002061 | | 03/15/2021 | $462.50 | 8002170 |
| | 04/19/2021 | $2,035.00 | 8002224 | | 06/21/2021 | $26.11 | 8002325 |
| | 07/17/2023 | $6.53 | 8003634 | | 08/14/2023 | $16.83 | 8003689 |
| | 09/18/2023 | $16.83 | 8003748 | | 11/13/2023 | $49.65 | 8003857 |
| | 02/12/2024 | $42.45 | 8003990 | | 03/11/2024 | $28.52 | 8004034 |
| | 04/15/2024 | $11.98 | 8004078 | | 05/10/2024 | $16.65 | 8004124 |
| | 06/17/2024 | $16.65 | 8004168 | | 07/15/2024 | $17.21 | 8004209 |
| | 08/19/2024 | $8.51 | 8004249 | | 01/13/2025 | $0.66 | 8004455 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 07/17/2023 | $9.42 | 912850 | | 08/14/2023 | $24.26 | 914370 |
| | 08/14/2023 | $5.34 | 914370 | | 09/18/2023 | $24.26 | 915865 |
| | 09/18/2023 | $8.12 | 915865 | | 11/13/2023 | $10.01 | 918795 |
| | 11/13/2023 | $71.56 | 918795 | | 11/13/2023 | $15.20 | 918795 |
| | 02/12/2024 | $9.71 | 922943 | | 02/12/2024 | $61.20 | 922943 |
| | 02/12/2024 | $8.58 | 922943 | | 03/11/2024 | $5.75 | 924409 |
| | 03/11/2024 | $41.12 | 924409 | | 03/11/2024 | $6.52 | 924409 |
| | 04/15/2024 | $17.26 | 925824 | | 05/10/2024 | $24.01 | 927317 |
| | 05/10/2024 | $6.55 | 927317 | | 05/10/2024 | $5.78 | 927317 |
| | 06/17/2024 | $24.01 | 928688 | | 07/15/2024 | $24.79 | 930191 |
| | 07/15/2024 | $7.74 | 930191 | | 07/15/2024 | $6.83 | 930191 |
| | 08/19/2024 | $12.27 | 931589 | | 01/13/2025 | $0.96 | 938729 |
| | 01/13/2025 | $2.10 | 938729 | | 01/13/2025 | $1.85 | 938729 |

**Chapter 13 Case # 19-24629**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2025.

Receipts: $27,734.00    -    Paid to Claims: $21,787.41    -    Admin Costs Paid: $5,946.59    =    Funds on Hand: $0.00

Base Plan Amount: $27,734.00    -    Receipts: $27,734.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.