| UNITED STATES BANKRUPTCY COURT<br>NEW JERSEY | |
| --- | --- |
| In Re:<br>**Gordon W Williams**<br>**Octavia C Williams** | Case No.          **19-24629**<br><br>Chapter:          **13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Gordon W Williams**_____, debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    ☑    I am not required to pay domestic support obligations.

☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: ___1/15/25___                    ___Gordon Williams___
                                                    **Gordon W Williams**
                                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8 1 18*

UNITED STATES BANKRUPTCY COURT
NEW JERSEY

In Re:
**Gordon W Williams**
**Octavia C Williams**

Case No.          **19-24629**

Chapter:          **13**

Judge:

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Octavia C Williams**_____, debtor in this case certify as follows:

1.      All payments required to be made by me under my plan have been made and are paid in full.

   2.      ☐      I am not required to pay domestic support obligations.

           ☐      I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____1/15/2025_____

_____
Octavia C Williams
Debtor's Signature

**IMPORTANT:**
* **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
* **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18